**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2020-CA-0763

Michael Belanger

- - Versus - -

Spencer H. Calahan, LLC, Spencer Calahan, Jonathan D.
Mayeaux, Brady Patin, and ABC Insurance Company

19th Judicial District Court
Case #: 644691
East Baton Rouge Parish

Consolidated with the following:

2020 - CA - 0764
Michael Belanger
versus
Spencer H. Calahan, LLC, Spencer Calahan, Jonathan D. Mayeaux, Brady Patin, and ABC
Insurance Company

On Application for Rehearing filed on 04/30/2021 by Michael Belanger

Rehearing _____**DENY**_____

_____

Mitchell R. Theriot

_____

Elizabeth Wolfe

_____

Chris Hester

Date __**MAY 1 2 2021**_____

_____
Rodd Naquin, Clerk